No. 293. ATKINS *v.* HERTZ DRIVURSELF STATIONS, INC. Argued January 19, 1934. Decided January 22, 1934. *Per Cur-*

*iam:* Judgment affirmed. *Magoun* v. *Illinois Trust & Savings Bank,* 170 U.S. 283, 293–301; *Quong Wing* v. *Kirkendall,* 223 U.S. 59, 62, 63; *Packard* v. *Banton,* 264 U.S. 140, 144; *Silver* v. *Silver,* 280 U.S. 117, 122–124; *Hardware Dealers Mutual Fire Ins. Co.* v. *Glidden Co.,* 284 U.S. 151, 158; *Hodge Drive-It-Yourself Co.* v. *Cincinnati,* 284 U.S. 335, 338; *Lawrence* v. *State Tax Comm'n,* 286 U.S. 276, 283, 284; *Continental Baking Co.* v. *Woodring,* 286 U.S. 352, 373; *Sproles* v. *Binford,* 286 U.S. 374, 396. *Mr. John P. McGrath,* with whom *Mr. Joseph S. Robinson* was on the brief, for appellant. *Messrs. Henry J. Smith* and *J. M. Sheen* were on the brief for appellee.